**UNITED STATES of America,
Plaintiff-Appellee**

v.

**Rigoberto DOMINGUEZ-FLORES,
Defendant-Appellant**

No. 16-40803
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed January 5, 2017

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Rigoberto Dominguez-Flores, Pro Se

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Before JOLLY, SMITH, and GRAVES, Circuit Judges.

PER CURIAM: \*

The Federal Public Defender appointed to represent Rigoberto Dominguez-Flores has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Dominguez-Flores has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.